UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MAURICE HARGROVE SR.,**

    **Plaintiff,**

**v.**                                                           Case No. 5:19cv238-TKW-MJF

**TYNDALL FEDERAL CREDIT UNION,**

    **Defendant.**

_____/

## **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 6). No objections to the Report and Recommendation were filed. Having reviewed the Report and Recommendation and the case file, I agree with the magistrate judge's determination that this case is due to be dismissed based on Plaintiff's failure to pay the filing fee and failure to comply with Court orders.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED**, and the Clerk is directed to close the file.

**DONE and ORDERED** this 12th day of November, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**